**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**SOUTHERN DISTRICT OF NEW YORK**

Case number *(if known)* _____ Chapter 15

☐ Check if this an amended filing

Official Form 401
# Chapter 15 Petition for Recognition of a Foreign Proceeding 12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| | | |
|---|---|---|
| 1. | Debtor's name | **Virgolino de Oliveira S.A. Açúcar e Álcool** |
| 2. | Debtor's unique identifier | **For non-individual debtors:**<br>☐ Federal Employer Identification Number ___<br>☑ Other **No. 49.911.589/0001-79**. Describe identifier ___.<br>**For individual debtors**<br>☐ Social Security Number: ___<br>☐ Individual Taxpayer Identification Number (ITIN): ___<br>☐ Other ___. Describe identifier ___. |
| 3. | Name of foreign representative(s) | **Marcos Roberto dos Santos** |
| 4. | Foreign proceeding in which appointment of the foreign representative(s) occurred | *Receivership Process of Virgolino de Oliveira S.A. Açúcar e Álcool – Em Recuperação Judicial [In Receivership], et al.*, in progress with the Sole Bench of the Judicial District of Santa Adélia, State of São Paulo, in the court records number 1000626-29.2021.8.26.0531 |
| 5. | Nature of the foreign proceeding | *Check one:*<br>☑ Foreign main proceeding<br>☐ Foreign nonmain proceeding<br>☐ Foreign main proceeding, or in the alternative foreign nonmain proceeding |
| 6. | Evidence of the foreign proceeding | ☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.<br>☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.<br>☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.<br>**Certified copies of Receivership Plan and Confirmation Order** |
| 7. | Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)? | ☐ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending).<br>☑ Yes |

**8. Others entitled to notice**  Attach a list containing the names and addresses of:

(i) all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii) all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

**Brazil**

**Debtor's registered office:**

**Grupo Virgolino de Oliveira**
**Fazenda Santo Antônio, S/N**
**Município de Ariranha**
**Estado de São Paulo 15.960-000**

P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

**Brazil**
Country

**Individual debtor's habitual residence:**

P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

Country

**Address of foreign representative(s):**

**c/o Grupo Virgolino de Oliveira**

P.O. Box, Number, Street, City, State/Province/Region & ZIP/Postal Code

**Brazil**
Country

---

**10. Debtor's website** (URL)

---

**11. Type of debtor**

*Check one:*

[✓] Non-individual (*check one*):

  [✓] Corporation. Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

  [ ] Partnership

  [ ] Other. Specify: _____

[ ] Individual

---

Official Form 401    **Chapter 15 Petition for Recognition of a Foreign Proceeding**    page 2

| | | |
|---|---|---|
| **12.** | **Why is the venue proper in *this district*?** | *Check one:* |

☐ Debtor's principal place of business or principal assets in the United States are in this district.

☑ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district.

*In re Virgolina de Oliveira Finance Litigation A*, Supreme Court, New York County, Index. No. 657047/2020 against the following debtors: Agropecuária Nossa Senhora do Carmo S.A., Virgolino de Oliveira S.A. A?úcar e Álcool, A?ucareira Virgolino de Oliveira S.A. and Agropecuária Terras Novas S.A.

*In re Virgolina de Oliveira Finance Litigation B*, Supreme Court, New York County, Index. No. 650243/2021 against the following debtors: Agropecuária Nossa Senhora do Carmo S.A., Virgolino de Oliveira S.A. Açúcar E Álcool, Açucareira Virgolino De Oliveira S.A., and Agropecuária Terras Novas S.A.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____

**13. Signature of foreign representative(s)**

I request relief in accordance with the chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct,

**X**  /s/ Marcos Roberto dos Santos
Signature of foreign representative

Marcos Roberto dos Santos
Printed name

Executed on  **April 9, 2025**
MM / DD / YYYY

**X**
Signature of foreign representative

Printed name

Executed on  _____
MM / DD / YYYY

**14. Signature of attorney**

**X**  /s/ Howard P. Magaliff
Signature of Attorney for foreign representative

Date  **April 9 2025**
MM / DD / YYYY

**Howard P. Magaliff**
Printed name

**R3M Law, LLP**
Firm name

**6 East 43rd Street**
**21st Floor**
**New York, NY 10017**
Number, Street, City, State & ZIP Code

**646.453.7851**
Contact phone

**hmagaliff@r3mlaw.com**
Email address

**2079903 NY**
Bar number and State